# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

GLUE WILKINS,

       Petitioner

       v.

HONORABLE JOHN F. CHERRY,

       Respondent

: No. 138 MM 2021
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of March, 2022, the "Petition for Evidentiary Hearing," treated as a Petition for Writ of Mandamus, is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.